UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

KERRY JENNIFER SCROGGINS,

    Plaintiff,

v.                                                         Civil Action No. 3:22-cv-00545-MHL

LEXISNEXIS RISK SOLUTIONS FL INC.,

    Defendant.

## PLAINTIFF'S MOTION FOR CLASS CERTIFICATION OF CLAIMS AGAINST DEFENDANT LEXISNEXIS RISK SOLUTIONS FL INC.

Plaintiff Kerry Jennifer Scroggins, on behalf of herself and all other similarly situated individuals, pursuant to Rule 23 of the Federal Rules of Civil Procedure, respectfully moves to certify her claims against Defendant LexisNexis Risk Solutions FL Inc., for the reasons identified in the concurrently filed Memorandum in Support of this motion.

Dated: April 15, 2024                                     Respectfully submitted,

                                                               **KERRY JENNIFER SCROGGINS**

                                                               By    */s/ Leonard A. Bennett*
                                                               Leonard A. Bennett, VSB #37523
                                                               Craig C. Marchiando, VSB #89736
                                                               Adam Short, VSB #98844
                                                               John J. Maravalli, VSB #99000
                                                               **CONSUMER LITIGATION ASSOCIATES, P.C.**
                                                               763 J. Clyde Morris Blvd., Ste. 1-A
                                                               Newport News, VA  23601
                                                               Telephone: (757) 930-3660
                                                               Facsimile: (757) 930-3662
                                                               Email: lenbennett@clalegal.com
                                                               Email: craig@clalegal.com
                                                               Email: adam@clalegal.com
                                                               Email: john@clalegal.com

                                                               Drew D. Sarrett, VSB #81658
                                                               **CONSUMER LITIGATION ASSOCIATES, P.C.**

626 E. Broad Street, Suite 300
Richmond, Virginia 23219
Phone: (804) 905-9900
Facsimile: (757) 930-3662
Email: drew@clalegal.com

*Counsel for Plaintiff*