## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
## Richmond Division

KERRY JENNIFER SCROGGINS,

    Plaintiff,

v.                                                    Civil Action No. 3:22-cv-00545-MHL-SLS

LEXISNEXIS RISK SOLUTIONS FL INC.,

    Defendant.

### PLAINTIFF'S MOTION FOR LEAVE TO FILE A THIRD AMENDED COMPLAINT

COMES NOW the Plaintiff, Kerry Jennifer Scroggins, by counsel and pursuant to Fed. Rs. Civ. P. 15(a)(2) and 16(b)(4) and this Court's March 30, 2025 Order (ECF No. 309), hereby moves the Court for leave to file a Third Amended Complaint for the reasons set forth in the contemporaneously filed memorandum of law.

A partially redacted copy of the proposed Third Amended Complaint accompanies this Motion as **Exhibit 1**. An unredacted copy of the proposed Third Amended Complaint is being filed under seal because of confidentiality designations made by Defendant under the Stipulated Protective Order (ECF No. 29) entered in this action.

A proposed Order also accompanies this Motion.

Respectfully submitted,
**KERRY JENNIFER SCROGGINS**

By: */s/ Leonard A. Bennett*
Leonard A. Bennett, VSB #37523
Craig C. Marchiando, VSB #89736
**Consumer Litigation Associates, P.C.**
763 J. Clyde Morris Blvd., Ste. 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@clalegal.com
Email: craig@clalegal.com

Drew D. Sarrett, VSB #81658
**Consumer Litigation Associates, P.C.**
626 E. Broad Street, Suite 300
Richmond, Virginia 23219
Phone: (804) 905-9900
Facsimile: (757) 930-3662
Email: drew@clalegal.com

E. Michelle Drake, *Pro Hac Vice Forthcoming*
**Berger Montague PC**
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
Telephone: (612) 594-5999
Facsimile: (612) 584-4470
Email: emdrake@bm.net

Zachary M. Vaughan, *Pro Hac Vice Forthcoming*
**Berger Montague PC**
1001 G Street, NW
Fourth Floor, Suite 400 East
Washington, DC 20001
Telephone: (215) 875-4602
Email: zvaughan@bm.net

*Counsel for Plaintiff*